# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| NARCISO CRUZ-RODAS, et al.,<br><br>     Petitioners,<br><br> v.<br><br>BRUCE SCOTT, et al.,<br><br>     Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:26-cv-00012-TMC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is GRANTED as to Petitioner Miguel Angel Lopez Esteban, DENIED as to Petitioner Narciso Cruz-Rodas, and DISMISSED without prejudice as to Petitioner Mercedes Espinoza-Balcaceres. Within fourteen days of receiving Petitioner Miguel Angel Lopez Esteban's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

Dated February 2, 2026.

Joshua C. Lewis
Clerk of Court

/s/Jo-EL Modeste
Deputy Clerk